726

preme Court of Missouri is granted. *O. C. Tomkins, pro se.* *Mr. Roy McKittrick,* Attorney General of Missouri, for respondent.

No. 644. VALENTINE-CLARK CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Hayner N. Larson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Misses Helen R. Carloss* and *Louise Foster* for respondent.

No. 777. NORTHWEST BANCORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. J. B. Faegre* and *Hayner N. Larson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Misses Helen R. Carloss* and *Helen Goodner* for respondent.

No. 749. GABLE ET AL. *v.* ALABAMA. April 24, 1944. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Mr. G. Ernest Jones* for petitioners. *Messrs. William N. McQueen,* Attorney General of Alabama, and *John O. Harris,* Assistant Attorney General, for respondent.

No. 757. FEINBERG ET AL. *v.* UNITED STATES. April 24, 1944. Petition for writ of certiorari to the Circuit